Dock Brown, Appellant, v. Joseph McKie, Defendant, and Gigachino Ingrasia, Doing Business as Magic Cab Co., et al., Respondents.— Present — Nolan, P. J., Carswell, Johnston, Adel, and Wenzel, JJ.

Arthur L. Bruning, Appellant, v. Olive R. Bruning, Respondent.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 752.]

Century Development Co., Inc., Appellant, v. Adolph Halbrecht et al., Respondents.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 752.]

Miguel C. Cuebas, Respondent, v. Barzel Corp., Appellant.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

Michele Di Leo, Respondent, v. Pecksto Holding Corp. et al., Appellants, et al., Defendants.— Present — Johnston, Acting P. J., Adel, Wenzel and MacCrate, JJ. [See ante, p. 758.]

581 Fulton St. Corporation, Respondent, v. Francis Pevsner, Tenant, and Pauline Langer, Appellant.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

Herbert Granoff, Appellant, v. Henry Products Company, Respondent.— Present — Nolan, P. J., Carswell, Johnston and Wenzel, JJ. [See ante, p. 747.]

Dora Grossgold, Respondent, v. Brooklyn Jewish Center, Inc., Appellant.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

Arthur E. Hermann et al., Appellants, v. Incorporated Village of East Hills et al., Respondents.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 753.]